## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:

OSCAR IGLESIAS

DORIS IGLESIAS

        Debtor(s).

Chapter 7

Case No. 8:24-bk-03371-CPM

## MOTION FOR TURNOVER AND DETERMINATION THAT DEBTOR'S 2019 LEXUS LXG IS OF CONSEQUENTIAL VALUE TO THE ESTATE, AND THAT THE AFFECTED SECURED CREDITOR IS ADEQUATELY PROTECTED

---

### NOTICE OF OPPORTUNITY TO
### OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in the paper you must file your response with the Clerk of the Court at Sam M. Gibbons, U.S. Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, an serve a copy on the movant's attorney Douglas N. Menchise, Esq. (Dmenchise@veriozn.net) P.O. Box 14957, Clearwater, FL 33766, and any appropriate persons within 30 days from the date of the attached proof of service , plus an additional three days if this paper was served on any party by U. S. Mail.

If you file and serve a response with the time permitted, The Court will either schedule and notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing.  If you do not file a response in this paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one.  If the paper is an objection to your claim in the bankruptcy case, your claim my be reduced, modified or eliminated if you do not timely file a serve a response.

---

        COMES NOW the Trustee, Douglas N. Menchise, by and through his undersigned

Attorney, and pursuant to Sec. 542 and Sec. 362(h)(2) of the Bankruptcy Code hereby moves

this Honorable Court for an Order of Turnover as well as determining that the Debtor's

2019 LEXUS LXG (vin: unknown) is of Consequential Value to the Estate, and that the

Affected Secured Creditor is Adequately Protected and in support would show the Court.

1.     That June 17, 2024 the Debtor(s) filed for relief from their creditors under Chapter 7 of the Bankruptcy Code. That Douglas N. Menchise is the duly-appointed and acting Chapter 7 Trustee.

2.     As of the date of filing the petition, the Debtor(s) owned a 2019 LEXUS LXG automobile (Vin: unknown) with a scheduled value of $25,000 and purportedly encumbered by a lien of approximately $3,000.00 (hereinafter the "Secured Lien"). The Debtors have not disclosed the name of the Secured Creditor. The Trustee believes that there is a material amount of equity in the property of approximately $20,000, rendering the property of consequential value, and adequately protecting the secured creditor.

3.     That the 2019 LEXUS XLG is property of the BK Estate.

WHEREFORE, the Trustee moves this Honorable Court for an Order requiring the Debtor(s) to Turnover said 2019 LEXUS XLG automobile to the Trustee for liquidation and finding that the 2019 LEXUS XLG (VIN: unknown) is of consequential value to the Estate and the secured creditor is adequately protected and said automobile remains property of the Estate pursuant to Sec. 362 (h)(2) of the Bankruptcy Code.

I HEREBY CERTIFY that true and correct copies of the foregoing were delivered via CM/ECF to the Office of the United States Trustee, and by UNITED STATES MAIL to

Debtor(s) , Oscar Iglesias and Doris Iglesias, 4534 W. Lambright, Tampa, Fl., 33614,  on

August 24, 2024.

/s/      Douglas N. Menchise

DOUGLAS N. MENCHISE, ESQUIRE

Florida Bar No. 214965

P. O. Box 14957

Clearwater, Florida 33766

(727) 797-8384 / phone

Dmenchise@verizon.net
